IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY F. NEAL                                                                         PETITIONER

v.                                    NO. 5:05CV00188 GH/JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                           RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for lack of jurisdiction upon Respondent's motion.

IT IS SO ADJUDGED this 8th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE